NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re KIM ANTHONY HOVGAARD,**

*Petitioner*

---

2026-145

---

On Petition for Writ of Mandamus to the United States Court of Appeals for Veterans Claims in No. 26-2915, Judge Joseph L. Falvey, Jr.

---

## ON PETITION AND MOTION

---

Before PROST, MAYER, and CUNNINGHAM, *Circuit Judges*.

PER CURIAM.

## O R D E R

Kim Anthony Hovgaard petitions for a writ of mandamus directing the United States Court of Appeals for Veterans Claims to vacate a May 15, 2026, order granting the Secretary of Veterans Affairs an extension of time, declare

the Department of Veterans Affairs in default, and issue an immediate panel decision on his case. ECF No. 2 at 2.[1]

A writ of mandamus is an extraordinary remedy and may only issue if petitioner has shown a clear and indisputable right to relief and that there are no other adequate means to attain the relief desired. *See Cheney v. U.S. Dist. Ct. for D.C.*, 542 U.S. 367, 380–81 (2004). Mr. Hovgaard has not met this demanding standard here at least because he has not shown that the normal appeal process is inadequate or that any delay in this matter is so egregious as to warrant mandamus relief.

Accordingly,

IT IS ORDERED THAT:

(1)  The petition for mandamus, ECF No. 2, is denied.

(2)  ECF No. 2 is unsealed.

(3)  All pending motions are denied as moot.

FOR THE COURT

June 24, 2026
Date

Jarrett B. Perlow
Clerk of Court

---

[1]  Mr. Hovgaard's petition also includes a conclusory request to seal this matter, but it provides no basis to do so.